IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 16-6472 |
| JOHN R. GOODE | : | |
| *Defendant*. | : | |

## O R D E R

**AND NOW**, this 22nd day of February, 2017, upon consideration of the Government's Motion for Service by Posting to Property and Certified Mail and its Affidavit in support thereof (Doc. No. 2), and it appearing to the satisfaction of the Court that the Defendant cannot, upon diligent inquiry, be found so as to be personally served with the Summons and Complaint in Enforced Collections, **it is hereby ORDERED** that:

1. The Government's Motion (Doc. No. 2) is **GRANTED;**

2. The Summons and Complaint in Enforced Collections shall be served on the Defendant by the Government or its agent by posting a copy of the Summons and Complaint in Enforced Collections on the property of the Defendant's last known address and by regular and certified mail addressed to the Defendant's last known address; and

3. Service shall be completed upon posting or upon mailing, whichever occurs later.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

Copies by ECF to:
Rebecca A. Solarz

1